IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Marcus A. Blair, #329604,                )
                                         )
                 Plaintiff,              )
                                         )
v.                                       )    Civil Action No. 3:12-228-SB
                                         )
South Carolina Dept. of Correction;      )
Gregory T. Knowlin; Medical Staff;       )    **ORDER**
Doctor Drago,                            )
                                         )
                 Defendants.             )
_____  )

This matter is before the Court upon the Plaintiff's pro se complaint, filed pursuant
to 42 U.S.C. § 1983.  By local rule, the matter was referred to a United States Magistrate
Judge for preliminary determinations.

On March 14, 2012, the Magistrate Judge issued a report and recommendation
("R&R") analyzing the complaint and recommending that the Court dismiss Defendant
Medical Staff as a party to this case because "Medical Staff" is not a "person" amenable
to suit under section 1983.  Attached to the R&R was a notice advising the Plaintiff of his
right to file specific, written objections to the R&R within fourteen days of the date of
service of the R&R.  To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to
review, under a de novo or any other standard, a Magistrate Judge's factual or legal
conclusions.  Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d
198, 201 (4th Cir. 1997).  Here, because the Plaintiff did not file any specific, written
objections, the Court need not conduct a de novo review of any portion of the R&R.

Based on the foregoing, the Court adopts the R&R (Entry 12), and it is hereby

**ORDERED** that Defendant Medical Staff is dismissed as a party to this suit, without prejudice and without issuance and service of process on "Medical Staff."

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

April ____, 2012
Charleston, South Carolina



2